THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX ABRAMSON'S CORP., Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting it of violating section 421 of the Penal Law (misleading advertising). Judgment unanimously affirmed. No opinion. Present — Lewis, P. J., Johnston, Adel, Nolan and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DICTOGRAPH PRODUCTS, INC., Appellant.— Defendant appeals from a judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting it of violating subdivision 3 of section 272 of the Labor Law (keeping a factory door locked, etc.). Judgment unanimously affirmed. No opinion. Present — Lewis, P. J., Johnston, Adel, Nolan and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS FLEMING, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting him of violating section 421 of the Penal Law (misleading advertising). Judgment reversed on the law and the facts, the information dismissed, and the defendant discharged. There is no proof that defendant took part either in the preparation of the advertisement or its insertion in the newspaper, which is the only manner of violating the section charged in the information. Lewis, P. J., Johnston, Adel, Nolan and Wenzel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER GIROLYME, Appellant.— Judgment of the County Court, Kings County, convicting defendant of the crime of assault in the second degree, unanimously affirmed. No opinion. Present — Lewis, P. J., Johnston, Adel, Nolan and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ACCURSIO LA ROCCO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of assault in the third degree, and suspending sentence, unanimously affirmed. No opinion. Present — Lewis, P. J., Johnston, Adel, Nolan and Wenzel, JJ.